IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JONATHAN DAVID TSUCHIYA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-64-O |
| | § | |
| THE STATE OF TEXAS et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Defendants filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Plaintiff's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court. Plaintiff's federal claim pursuant to the Intelligence Reform and Terrorism Prevention Act of 2004 is **DISMISSED**, and Plaintiff's remaining state-law claims are **REMANDED** to state court. The District Clerk shall ensure that this case is returned in due course.

**SO ORDERED** on this **1st day of April, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE